Certificate Number: 06531-MD-DE-023645617

Bankruptcy Case Number: 14-13741



06531-MD-DE-023645617

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2014, at 6:34 o'clock PM CDT, Lisa Langley completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   June 18, 2014          By:     /s/Patricia Queen

                               Name:   Patricia Queen

                               Title:  Certified Credit Counselor